

FILED

12/08/2021

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 21-0505

# IN THE SUPREME COURT OF THE STATE OF MONTANA

## DA 21-0505

IN RE THE ADOPTION OF:

L.E.R.G, A Minor Child.

NATHAN SCOTT KUFNER,

      Petitioner and Appellee,

v.

JUSTIN A. SHIELDS, Father,

      Respondent and Appellant,

and

TINA WOLFORD,

      Intervener and Appellant.

FILED

DEC 08 2021

Bowen Greenwood
Clerk of Supreme Court
State of Montana

ORDER

Intervenor and Appellant Tina Wolford has filed a motion for an extension of time within which to file her opening brief. Upon consideration of Wolford's motion,

IT IS HEREBY ORDERED that Wolford's motion for extension is GRANTED. Wolford has until January 7, 2022, within which to file her opening brief.

No further extensions will be granted.

DATED this 8 day of December, 2021.

For the Court,

_____
Chief Justice